**Order entered July 13, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00446-CV

### RANA SHIPPING TRANSPORT, INDUSTRY, ET AL., Appellants

### V.

### DAVEY & BROGAN, P.C., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17955**

## ORDER

Before the Court is appellants' July 11, 2022 motion for an extension of time to file their brief on the merits. Appellants attempted to file their brief electronically. By notice dated July 12, the Court notified appellants that the brief was not filed because the appendix items were not bookmarked. *See* TEX. R. APP. P. 9. The Court instructed appellants to file a corrected brief within three days. *See id*. 9.4(k). Accordingly, we **GRANT** appellants' motion to the extent that we extend the deadline to **July 20, 2022** to file a corrected brief.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE